VIRTUESQ LLLC
CHRISTIAN L. KAMAU        10996-0
PO BOX 17098
Honolulu, Hawaii 96817
Phone: (808) 271-4537
Email: christian@virtuesq.com

Attorney for Plaintiff
Strike 3 Holdings, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | CIVIL NO. 1:25-cv-00174-KJM |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE** |
| JOHN DOE subscriber assigned IP address 75.80.194.13, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that all of its claims in this action against Defendant John Doe, subscriber assigned IP address 75.80.194.13 are voluntarily dismissed without prejudice. No answer or motion for summary judgment has been filed and no fees or costs are being sought. No other claims, including counterclaims, cross-claims, or third-party claims remain in this action.

*[Space intentionally left blank.]*

1

DATED: Honolulu, Hawaii, September 24, 2025.

Respectfully submitted,

/s/ *Christian L. Kamau*
CHRISTIAN L. KAMAU
Attorney for Plaintiff
Strike 3 Holdings, LLC

APPROVED AS TO FORM:

DATED: September 25, 2025

Jill A. Otake
United States District Judge

*Strike 3 Holdings, LLC vs. John Doe subscriber assigned IP address 75.80.194.13*, Civ. No. 1:25-cv-00174-KJM, Plaintiff's Notice of Voluntary Dismissal without Prejudice of John Doe